In the Matter of the Claim of Frances Levandowski and Another, Respondents, against English & Greenfader, Inc., and Another, Appellants. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of Carrie B. Koetteritz, Respondent, against New York Power and Light Corporation, Successor to Adirondack Power and Light Corporation, and Another, Appellants. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of Ida Styffe, Respondent, against Shipley Construction and Supply Company and Another, Appellants. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of John C. Bushfield, Appellant, against Seneca Steel and Iron Company, Respondent, and State Insurance Fund. State Industrial Board, Respondent.— Decision unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of John Ugarek, Respondent, against A. L. Swett Iron Works and Another, Appellants. State Industrial Board, Respondent. —Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of Leo Szymanski, Respondent, against Chevrolet Motor Company, Appellant. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of Ragnor Johnson, Respondent, against Dahlstrom Metallic Door Company and Another, Appellants. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of the Estate of Kenneth McGrath, Deceased, Respondent, against W. W. & Kittie L. Watson and Another, Appellants. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of Alexander Depseo, Respondent, against Taylor Fichter Construction Company, Appellant. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of Matthew Jones, Respondent, against Kelker Blower Company, Appellant, and State Insurance Fund. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.